1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SANTOS VALENZUELA,                      No.  2:16-cv-1814 CKD P

11                     Plaintiff,

12          v.                               ORDER

13   CALIFORNIA STATE PRISON
     SACRAMENTO, et al.,
14
                      Defendants.
15

16

17          Plaintiff is a state prisoner proceeding pro se in an action brought under 42 U.S.C. § 1983.

18   Plaintiff requests that the court appoint counsel.  District courts lack authority to require counsel

19   to represent indigent prisoners in section 1983 cases.  Mallard v. United States Dist. Court, 490

20   U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an attorney to

21   voluntarily represent such a plaintiff.  See 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d

22   1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

23   When determining whether "exceptional circumstances" exist, the court must consider plaintiff's

24   likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro

25   se in light of the complexity of the legal issues involved.  Palmer v. Valdez, 560 F.3d 965, 970

26   (9th Cir. 2009) (district court did not abuse discretion in declining to appoint counsel).  The

27   burden of demonstrating exceptional circumstances is on the plaintiff.  Id.  Circumstances

28   common to most prisoners, such as lack of legal education and limited law library access, do not

1

1  establish exceptional circumstances that warrant a request for voluntary assistance of counsel.

2        Having considered the factors under <u>Palmer</u>, the court finds that plaintiff has failed to

3  meet his burden of demonstrating exceptional circumstances warranting the appointment of

4  counsel at this time.

5        Additionally, plaintiff has requested an extension of time to respond to a subpoena dated

6  May 26, 2017.  Good cause appearing that request will be granted.

7        Accordingly, IT IS HEREBY ORDERED that:

8      1.  Plaintiff's request for the appointment of counsel (ECF No. 28) is denied;

9      2.  Plaintiff's request for an extension of time (ECF No. 28) is granted; and

10      3.  Plaintiff is granted thirty days from the date of this order in which to respond to the

11  subpoena dated May 26, 2017.

12  Dated:  July 24, 2017

13  _____
CAROLYN K. DELANEY

14  UNITED STATES MAGISTRATE JUDGE

17  1/bh
vale1814.31+36

2