UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS VALENZUELA, | No. 2:16-cv-1814 CKD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA STATE PRISON, SACRAMENTO, et al., | |
| Defendants. | |

On December 22, 2017, defendant Bodenhamer filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 24, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vale1814.46osc